1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                         CENTRAL DISTRICT OF CALIFORNIA

10

11   JOHN LISCHEFSKI,                    )    Case No. CV 05-4513 AHS(JC)
                                         )
12                    Petitioner,        )    ORDER ADOPTING FINDINGS,
                                         )    CONCLUSIONS, AND
13              v.                       )    RECOMMENDATIONS OF
                                         )    UNITED STATES MAGISTRATE
14   A.K. SCRIBNER, Warden,              )    JUDGE
                                         )
15                                       )
                                         )
16                    Respondent.        )
                                         )
17   _____

18         Pursuant to 28 U.S.C. § 636, the Court has reviewed the operative Second

19   Amended Petition for Writ of Habeas Corpus by a Person in State Custody (the

20   "Petition") and all of the records herein, including the attached Report and

21   Recommendation of United States Magistrate Judge ("Report and

22   Recommendation"), and petitioner's objections to the Report and Recommendation

23   ("Objections").  The Court has further made a *de novo* determination of those

24   portions of the Report and Recommendation to which objection is made.[1]  The

25   Court concurs with and adopts the findings, conclusions,

26   ///

27   _____

28         [1]To the extent the Objections raise new evidence and arguments, this Court, in an
     exercise of its discretion, declines to consider them.  See United States v. Howell, 231 F.3d 615,
     621 (9th Cir. 2000), cert. denied, 534 U.S. 831 (2001).

1   and recommendations of the United States Magistrate Judge and overrules the

2   Objections.

3          IT IS ORDERED that Judgment be entered denying the Petition and

4   dismissing this action with prejudice.

5          IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the

6   United States Magistrate Judge's Report and Recommendation, and the Judgment

7   herein on petitioner and counsel for respondent.

8          LET JUDGMENT BE ENTERED ACCORDINGLY.

9

10         DATED:  September 29, 2011

11                                          ALICEMARIE H. STOTLER

12                                          _____

                                            HONORABLE ALICEMARIE H. STOTLER
13                                          SENIOR UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28