UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHN LISCHEFSKI, | ) | Case No. CV 05-4513 AHS(JC) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| A.K. SCRIBNER, Warden, | ) | |
| Respondent. | ) | |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the operative Second Amended Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: September 29, 2011

*ALICEMARIE H. STOTLER*
_____
HONORABLE ALICEMARIE H. STOTLER
SENIOR UNITED STATES DISTRICT JUDGE